Rev. 5/20

2022 AUG 31 PM 1:29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

# United States District Court
## Middle District of Florida
### Fort Myers Division

Kendell Letroy Carter
*(In the space above enter the full legal name of the plaintiff)*

-against-

Public Defender Office Kathleen A. Smith
State Attorney Office Amira D. Fox
Attorney General Ashley B. Moody

Case No. 2:22CV540 SPC-NPM
*(To be filled out by Clerk's Office only)*

## COMPLAINT
*(Pro Se Confined Litigant)*

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement; claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Bendell Carter L.
Name (Last, First, MI)                                    Aliases

1988.8 2
Identification #

Lee County Jail
Place of Detention

Institutional Address

Lee    Fort Myers            FL
County, City            State        Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Smith Kathleen
              Name (Last, First)

              Public Defender's, head of office
              Current Job Title

              2000 Main Street
              Current Work Address

              Lee  Ft. Myers        FL          33901
              County, City          State       Zip Code


Defendant 2:   Fox Amra
              Name (Last, First)

              State Attorney office, head of office
              Current Job Title

              2000 Main Street
              Current Work Address

              Lee  Ft. Myers        FL.         33901
              County, City          State       Zip Code

**Defendant(s) Continued**

Defendant 3: <u>Moody   Ashley</u>
Name (Last, First)

<u>Attorney General</u>
Current Job Title

_____
Current Work Address

County, City        State        Zip Code


Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City        State        Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Lee County Jail

Date(s) of occurrence: April 1, 2021 or around April 1, 2021

State which of your federal constitutional or federal statutory rights have been violated:

Amendments 5th, 6th, 8th, 13th & 14th

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

What happened to you?

I was in custody in jail in & or around April 1, 2021 when the hacking had accured. The Public Defenders Office was hacked by hacker or hackers the system was fixed by a tech team but after the hacker or hackers altered, deleted, added, changed fabricated, tainted things in the Public Defenders Office computer system where the malware was planted & a virus spreaded throughout the servers. They had virtually no computer system and didn't have access for an extended duration of time that is unknown which documents have been hacked or lost, so all of the original documents are gone.

The hacker or hackers was able to get personal information such as family names, address social security number, drivers license info fingerprints, DNA results ect... that could be said

Page 5 of 10

Section 4

on the black market. My identity could be stolen along with my family's.

The Public Defenders Office violated the United States Constitution by using hacked, fabricated, tainted, altered, changed, added documents to the State Attorney's Office to alleviate the problem this is wholly unacceptable & unrealistic. The hacking was so bad that instead of the court's dropping the charges they were accepting the fabricated, tainted, altered, changed, added documents or files using them on cases.

The State Attorney office knew of the hacking & the office ignored that the system was hacked & was using the fabricated, tainted, altered, changed, added documents to prosecute inmates. In my case photos were used that were tampered with that cost me to lose at trail, due to the fact they were not in there original state, nor were they ever showed to me before the trial dates had started. With the state Attorney office knowing all of this, still decided to use them violating my constitutional rights.

The Attorney General knew of the hacking & ignored that the system was hacked. The Attorney General allowed the State Attorney's office to use the tampered, fabricated, tainted altered changed & or added documents which is violating constitutional rights & the Florida Constitution. That act is uncalled for knowing the malware was planted causing a "virus" as an invasion of privacy is a threat to public saftey. Where does that leave our due process rights.

By the Public Defenders Office, the State Attorney Office, & the General Attorney or Attorney General failure to properly handle the hacking there were constitutional rights violated, identities could have been stolen personal lives could have been damaged. I'm dealing with this not knowing what could happen with my personal information out there. I'm suffering & will have to seek counseling for this issue once I'm free. I'm being held here against my will like I'm a

terrorist.

    We have attempted to procur caselaw to further support our claim but the resource available to us are insufficient. The Public Defender Office, the State Attorney Office & Attorney General has obviously issued a blanket order. They are feeding the media disinformation in order to mask the severity of the situation & thus warrants an independant investigation into that occured. This is not Bitmo & we are definetly not terrorist so why are the agents who have been tasked to operate under the color of law employing subterfuge & obfuscation. Everything an identity theif might use to steal someone's existence was taken due to negligence & lack of proper security. In these days of gouvernmental economic impact payments, identity theft has surged to record levels. My information has been compromised

Rev. 5/20

**Who did what?**

The mayor of Florida is responsible for allowing his employees to continue to break Constitutional Law. The mayor was aware of the hacking i decided not to act accordingly by letting his employees to continue to allow the chain of custody to be broken. The mayor could have stopped it all, to which his employees were doing but chose not to do anything. Therefore it was as the mayor has done it himself. No one is above the law so the constitutional rights that were broken has harmed, damaged, altered many people lives including myself. Nothing has been done about personal information stolen from the hacking. Social security numbers, names, addresses, identities, DNA results, finger prints, still could be used on the black web; or Dark web.

The govern of Florida is responsible for allowing his employees to break the Constitution, of the hacking by not properly addressing the issue. The govern known of the hacking could have stepped in at any time to do the right thing but decided not to do anything, therefor the govern is just as guilty by not acting accordingly. Constitutional rights has been violated damaging the lives of people information that were stolen by the hacker; or hackers.

The Attorney General of Florida is responsible for allowing his or her employees to continue to use tainted, altered, fabricated, changed, deleted ¦ more on cases to convict inmates. Constitutional rights has been violated leaving no one in the system

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Section 5

that was hacked safe. Personal information was stolen. The information that was stolen is used on the black market; or the dark web. The Attorney General could have stopped all of this if he or she would have acted accordingly towards their position.

The State Attorney Offices knew of the hacking & ignored it. The hacking was detrimental to the inmates causing them; or forcing them to take harsh deals or losing trial when everything in the system that was hacked by hacker; or hackers by the altered, tampered, fabricated, tainted; or changed documents or files or the evidence the State Attorney Offices had in their system. They broke chain of custody; violated the constitution. They ignored the fact of the hacking; was willing to move forward with the tainted, fabricated, altered, tampered; or changed documents.

The Public Defenders Office was responsible by not doing anything when the hacking occurred. They failed to protect their clients information, nor did they let their clients know anything of the hacking. They didn't care about the tainted, fabricated, tampered, altered, deleted, added; or changed documents. They violated constitutional rights. Personal information such as social security numbers, family names; addresses DNA results, finger prints were stolen. Identity thief is so high that the personal information was put on the black market; or the dark web. Our very lives could be in danger.

Rev. 5/20

| Was anyone else involved? | The Attorney General, The Govern, The Mayor, The State Attorney's Office & The Public Defender's office was involved with the malware Cyber hacking. |

Rev. 5/20

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like counseling & psychiatric treatment by being mentally & emotionally affected by this ordeal. All criminal charges drop with entire record cleared, lifetime credit & identity protection, social security number & refurbished credit profile, $5,000,000 for failure to protect private information & $900 per day to be paid for injury partly the illegal detention & reassimalation training.

Rev. 5/20

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

*ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while a confined?   ☐ Yes   ☒ No

      If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

That I believe or think _____

Page 9 of 10

Rev. 5/20

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

__August 26, 2022__  
Dated

__Kendell Carter__ (signature)  
Plaintiff's Signature

__Carter Kendell L__  
Printed Name (Last, First, MI)

__188882__  
Identification #

__2115 MLK Boulevard__  __Ft. Myers__  __FL__  __33901__  
Institutional Name          City              State    Zip Code