UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDELL LETROY CARTER,

    Plaintiff,

v.                                Case No.: 2:22-cv-540-SPC-NPM

KATHLEEN A. SMITH, AMIRA FOX and ASHLEY MOODY,

    Defendants.

/

## ORDER

Plaintiff Kendell Letroy Carter filed a *pro se* complaint on August 31, 2022, while incarcerated at Lee County Jail (Doc. 1). In its Standing Order, the Court ordered Carter to pay the filing fee or move to proceed *in forma pauperis* no later than September 30, 2022. (Doc. 2). The Court warned, "Failure to do so or ask for an extension of time may cause the Court to dismiss this case after notice." (*Id.*) Carter did not comply.

Before dismissing a prisoner's complaint for failure to pay a filing fee or request leave to proceed without one, a court must make a reasonable inquiry into the reason for the failure. *Wilson v. Sargent*, 313 F.3d 1315, 1320-21

(11th Cir. 2002). A prisoner's case should not be dismissed if his failure to pay the filing fee is caused by circumstances beyond his control. *Id.* at 1321.

On November 28, 2022, United States Magistrate Judge Nicholas P. Mizell ordered Carter to show cause why this case should not be dismissed for failure to prosecute and failure to comply with the Court's Standing Order (Doc. 12). Carter did not respond. In fact, Carter did not receive Judge Mizell's order because he was released from jail and did not provide the Court his current address. The Court will therefore dismiss this action without prejudice.

Accordingly, it is now **ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment for Defendants and against Plaintiff, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on December 15, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record